**FILED**

11/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0472

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-23-0472

| | |
|---|---|
| CHARLES C. HILL, et al.<br><br>Plaintiff,<br><br>vs.<br><br>FRED ELLINGHOUSE, et al.<br><br>Defendant.<br><br>―――――<br><br>BRADLEY LIVESTOCK, LC,<br><br>Objector/Appellant,<br><br>vs.<br><br>WILLIAM FRASER,<br><br>Claimant/Appellee. | ON APPEAL FROM THE MONTANA WATER COURT<br><br>CASE DCERT-0004-WC-2021<br><br>Water Right Claim No. 41C 30133316<br><br><u>Certified From:</u><br>Montana Fifth Judicial District Court Cause No. DV-1903-741 |

## ORDER GRANTING APPELLANT BRADLEY LIVESTOCK, LC'S UNOPPOSED MOTION FOR EXTENSION OF TIME <u>TO FILE OPENING BRIEF</u>

Pursuant to Appellant's Unopposed Motion for Extension of Time, and

good cause appearing therefor:

{H-Work/17007/030/PLEADINGS/00443300.DOCX//LMT}

IT IS HEREBY ORDERED that Appellant Bradley Livestock, LC is granted a 30-day extension of time (to and including December 6, 2023) in which to file its Opening Brief.

Electronically signed and dated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 1 2023